421 A.2d 220

Pierre J. MALENFANT and Joan Malenfant

v.

Carl F. RULAND; James F. Blanchard, ind. and t/a James F. Blanchard Real Estate; Aleda Exterminating Co., and John T. Kitchenmann, Ind., and t/a Aleda Exterminating Co.; and Colonial Mortgage Co.

Appeal of Carl F. RULAND.

Superior Court of Pennsylvania.

Submitted June 29, 1979.

Filed July 3, 1980.

Peter J. Verderame, Langhorne Manor, for appellant.

Joan & Pierre J. Malenfant, appellees, in pro. per.

Harold S. Patton, Levittown, for James F. Blanchard Inc. and t/a James F. Real Estate, appellee.

Donald B. McCoy, Langhorne, for Aleda Exterminating Co. and John T. Kitchenmann, appellees.

Before HESTER, HOFFMAN and CATANIA, JJ.*

PER CURIAM:

This appeal is quashed, consistent with the Opinion of Judge Hoffman in *Pierre J. Malenfant and Joan Malenfant, his wife v. Carl F. Ruland, James F. Blanchard Ind. t/a James F. Blanchard Real Estate and Aleda Exterminating Co. and John T. Kitchenmann Ind. t/a Aleda Exterminating Co.–Appeal of James F. Blanchard Ind. t/a James F. Blanchard Real Estate*, 274 Pa.Super. 506, 418 A.2d 521 (1980).

* President Judge FRANCIS J. CATANIA, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.